| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br><br>Nationstar Mortgage LLC | Order Filed on June 8, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

Case No:   15-22586 CMG

Chapter: 13

Hearing Date: June 7, 2017 at 9:00am

Judge:  Christine M. Gravelle

In Re:
Eileen M. Venezio            DEBTOR,
Joseph Venezio               CO-DEBTOR.

# ORDER VACATING STAY and CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 8, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Nationstar Mortgage LLC</u>, under Bankruptcy Code section 362(a) and 1301 (c)  for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■   Real Property More Fully Described as:

**Land and premises commonly known as, 45 Penwood Drive, Whiting NJ 08759**

☐   Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor Stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Eileen M Venezio  
    Debtor

Case No. 15-22586-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 08, 2017  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.  
db            +Eileen M Venezio,    6 Chatham Place,    Linden, NJ 07036-3612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:

           Albert    Russo     docs@russotrustee.com  
           Charles G. Wohlrab     on behalf of Creditor     NATIONSTAR MORTGAGE LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
           Denise E. Carlon     on behalf of Creditor     Seneca Mortgage Servicing LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
           Denise E. Carlon     on behalf of Creditor     NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Diane Ault Cullen     on behalf of Debtor Eileen M Venezio dacesq@comcast.net, G27779@notify.cincompass.com  
           John R. Morton, Jr.     on behalf of Creditor     Ally Financial mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com  
           John R. Morton, Jr.     on behalf of Creditor     Ally Capital serviced by Ally Servicing LLC mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com  
           Loren L. Speziale     on behalf of Creditor     Santander Bank, N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;epellegrino@grossmcginley.com  
                                                                                                                                                          TOTAL: 8