**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eileen M Venezio<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7953<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–22586–CMG | |

# Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Eileen M Venezio

9/12/18                                                                **By the court:** Christine M. Gravelle
                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-22586-CMG
Eileen M Venezio                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2             Date Rcvd: Sep 12, 2018
                             Form ID: 3180W          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.
```
db             +Eileen M Venezio,    6 Chatham Place,    Linden, NJ 07036-3612
515605515       Advanced Open MRI,    6416 Bergenline Avenue,    West New York, NJ  07093-1621
515803994      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515605519      +Community Medical Center,    Correspondence,    PO Box 9800,    Coral Springs, FL 33075-0800
515605521      +First National Bank Of Omaha,    PO Box 3331,    Omaha, NE 68103-0331
515605520      +First National Bank Of Omaha,    PO Box 3696,    Omaha, NE 68103-0696
515635726      +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
515605523      +Home Depot Credit Services,    PO Box 790328,    St Louis, MO 63179-0328
516567622      +Nationstar Mortgage LLC,    PO Box 619094, Dallas Texas 75261,    Nationstar Mortgage LLC,
                 PO Box 619094, Dallas Texas 75261-9094
516567621       Nationstar Mortgage LLC,    PO Box 619094, Dallas Texas 75261
515605524       Northeast Metro Ambulance,    110 Cox Avenue Unit 10,    Eagleswood, NJ  01809-2000
515605525      +Quality Medical Transport,    Po Box 320,    Bayville, NJ 08721-0429
515605526       Quest Diagnostics,    PO Box 740985,    Cincinnati, OH  45274-0985
515618789      +Santander Bank, N.A.,    601 Penn St.,    10-6438-FB7,    Reading, PA 19601-3563
515605527       Santander Bank, NA,    Mail Code 10-421-CN2,    PO Box 12646,    Reading, PA  19612-2646
515605530      +Visa Signature,    Bank Of America,    PO Box 15026,    Wilmington, DE 19850-5026
515605531       Visa Signature,    Bank Of America,    PO Box 982235,    El Paso, TX  79998-2235
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2018 23:56:06     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2018 23:56:03     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Sep 13 2018 03:13:00      Ally Capital serviced by Ally Servicing LLC,
                 PO Box 130424,    Roseville, MN  55113-0004
cr              EDI: GMACFS.COM Sep 13 2018 03:13:00      Ally Financial,    PO Box 130424,
                 Roseville, MN  55113-0004
515605516      +EDI: GMACFS.COM Sep 13 2018 03:13:00      Ally,    PO Box 380902,    Bloomington, MN 55438-0902
515613516       EDI: GMACFS.COM Sep 13 2018 03:13:00      Ally Capital,    PO Box 130424,
                 Roseville, MN  55113-0004
515818579       EDI: GMACFS.COM Sep 13 2018 03:13:00      Ally Financial,    PO Box 9001951,
                 Louisville, KY 40290-1951
515605517       EDI: AMEREXPR.COM Sep 13 2018 03:13:00      American Express Blue,    PO Box 981535,
                 El Paso, TX  79998-1535
515605518       EDI: BANKAMER.COM Sep 13 2018 03:13:00      Bank of America,    PO Box 982235,
                 El Paso, TX  79998-2235
515780464       EDI: PRA.COM Sep 13 2018 03:13:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
515605529       EDI: CHASE.COM Sep 13 2018 03:13:00      Slate - Chase,    PO Box 15298,
                 Wilmington, DE  19850-5298
515623116       EDI: RMSC.COM Sep 13 2018 03:13:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515812653      +EDI: WFFC.COM Sep 13 2018 03:13:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
515605532       EDI: WFFC.COM Sep 13 2018 03:13:00      Wells Fargo Visa,    PO Box 522,
                 Des Moines, IA  50306-0522
                                                                                               TOTAL: 14
```
     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
515605522     ##+Hematology Oncology Associates,    368 Lakehurst Road Suite 201,    Toms River, NJ 08755-7339
515605528     ##+Seneca Mortgage Servicing,    611 Jamison Road,    Elma, NY 14059-9392
515818979     ##Seneca Mortgage Servicing LLC,    Seneca Mortgage Servicing,    611 Jamison Road,
                 Elma, NY 14059-9392
                                                                                   TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3         User: admin              Page 2 of 2           Date Rcvd: Sep 12, 2018
                             Form ID: 3180W           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Charles G. Wohlrab     on behalf of Creditor    NATIONSTAR MORTGAGE LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon     on behalf of Creditor    Seneca Mortgage Servicing LLC
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Diane Ault Cullen     on behalf of Debtor Eileen M Venezio dacesq@comcast.net,
               G27779@notify.cincompass.com
              John R. Morton, Jr.     on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.     on behalf of Creditor    Ally Capital serviced by Ally Servicing LLC
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Loren L. Speziale     on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,
               jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
              MaryBeth    Schroeder     on behalf of Debtor Eileen M Venezio marybeth@schroedermb-law.com
                                                                                             TOTAL: 9
```